UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:   6/17/2021 |

GRACIELA DONCOUSE

Plaintiff,

-against-

RED WING BRANDS OF AMERICA, INC., and ONE
SIXTEEN. INC.,

Defendants.

1:21-cv-2378-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a notice from the parties informing the Court that the parties have

reached a settlement in principle [ECF No. 17].  Accordingly, IT IS HEREBY ORDERED that the

above-captioned action is discontinued without costs to any party and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made by **July

19, 2021**.  If no such application is made by that date, today's dismissal of the action is with

prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:   June 17, 2021**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**